IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  CR. NO. 04-20417-Ma

ANTHONY TOWNER,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

Before the court is the May 6, 2005, motion of the Defendant, Anthony Towner, for a continuance of the suppression hearing set for May 10, 2005. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** for **Tuesday, May 25, 2005 at 3:00 p.m.**

**IT IS SO ORDERED** this the 11th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20417 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT