IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1 PM 4: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.                                                     CR. NO. 04-20417-Ma

ANTHONY TOWNER,

Defendant.

---

### ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

Before the court is the May 27, 2005, motion of the Defendant, Anthony Towner, for a continuance of the suppression hearing set for June 2, 2005.

For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** for **Thursday, June 30, 2005 at 2:00 p.m.**

IT IS SO ORDERED this the 1st day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20417 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT