IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.   NO. 04-20417-Ma

ANTHONY TOWNER,

    Defendant.

## ORDER AMENDING BOND CONDITIONS

Before the court is defendant Anthony Towner's September 14, 2005, motion to amend bond conditions. Neither the government nor Mr. Towner's Pre Trial Officer objects to the amendment of bond conditions. For good cause shown, therefore, the motion is granted. If required by his employer, defendant Anthony Towner may travel to the Gulf Coast area damaged by the recent hurricane "Katrina" for the purpose of working. Mr. Towner is ordered to check in by telephone once a week with his Pre Trial Officer, Valerie Pugh, and will return to Memphis for all necessary court dates and court appearances or other matters related to the case pending before this court.

It is so ordered this 19th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CR-20417 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT